# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY, on behalf of himself and all others similarly situated,

        Plaintiff,

-against-

BANK OF AMERICA CORPORATION,

        Defendant.

Case No. 2:22-cv-01735

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
       October 5, 2022

Respectfully submitted,

/s/ David S. Glanzberg
Glanzberg Tobia Law, P.C.
*Attorneys for Plaintiff*